**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Michael Miles,

        Plaintiff,

v.

Garfield House Limited Partnership,

        Defendant.

Case No. 1:11-cv-426

Judge Michael R. Barrett

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter, having come before the Court on the Stipulation of the parties, and the Court being otherwise fully advised, it is hereby ORDERED as follows:

This action shall be, and hereby is, dismissed in its entirety with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

        *s/Michael R. Barrett*
        UNITED STATES DISTRICT JUDGE

1