# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Michael Miles,

    Plaintiff,

v.

Garfield House Limited Partnership,

    Defendant.

Case No. 1:11-cv-426

Judge Michael R. Barrett

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the Stipulation of the parties, and the Court being otherwise fully advised, it is hereby ORDERED as follows:

This action shall be, and hereby is, dismissed in its entirety with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            UNITED STATES DISTRICT JUDGE